**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
David W. Dachelet (No. 6615)
Lindsay A. Hansen (No. 11985)
Suite 1400 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: 702.692.8000
Fax: 702.692.8099
Email: cbyrd@fclaw.com
 ddachelet@fclaw.com
 lhansen@fclaw.com

Attorneys for JASON HALPERN, BRADLEY F. BURNS, LORI A. BURNS, BRADLEY F. AND LORI A. BURNS FAMILY TRUST u/a/d 4/15/1988, ORIGIN PROPERTIES, LLC and LAKE ELSINORE 521 LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA,<br><br>Plaintiff,<br><br>v.<br><br>JASON HALPERN, SHAWN LAMPMAN, JOHN KNOTT, BRUCE K. ISAACSON, BRADLEY F BURNS, LORI A. BURNS, BRADLEY F. BURNS AND LORI A BURNS FAMILY TRUST u/a/d 4/15/1988, ORIGIN PROPERTIES, LLC, a Nevada limited liability company, and KH CAPITAL, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:08-cv-01571-PMP-GWF<br><br><br><br><br><br><br><br><u>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**</u><br><br>**(First Request)** |
| AND RELATED CLAIMS. | |

Defendants Jason Halpern, Bradley F. Burns, Lori A. Burns, Bradley F. and Lori A. Burns Family Trust u/a/d 4/15/1988, Origin Properties, LLC and Lake Elsinore 521 LLC (collectively, the "Burns Defendants") and Plaintiff Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, successor in interest to First National Bank of Arizona ("Plaintiff"

1  and referred to with the Burns Defendants as the "Parties"), hereby stipulate and agree, pursuant
2  to LR 6-2 and LR 7-1, to a brief extension of time to file the Joint Pretrial Order that currently is
3  due on September 27, 2011. Specifically, the Parties hereby stipulate to extend the deadline for
4  submitting the Joint Pretrial Order by seven (7) days to **October 4, 2011**.

**IT IS SO STIPULATED.**

DATED this 26 day of September, 2011.

FENNEMORE CRAIG, P.C.

By: /s/ CHansen
Christopher H. Byrd (No. 1633)
David W. Dachelet (No. 6615)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Defendants JASON HALPERN, BRADLEY F. BURNS, LORI A. BURNS, BRADLEY F. AND LORI A. BURNS FAMILY TRUST u/a/d 4/15/1988, ORIGIN PROPERTIES, LLC and LAKE ELSINORE 521 LLC

DATED this 26 day of September, 2011.

KOLESAR & LEATHAM, CHTD.

By: /s/
Randolph L. Howard (No. 6688)
E. Daniel Kidd (No. 10106)
400 S. Rampart, Ste. 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First National Bank of Nevada, successor-in-interest to First National Bank of Arizona

**IT IS SO ORDERED.**

George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: September 27, 2011

FENNEMORE CRAIG, P.C.
LAS VEGAS

124126

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randolph L. Howard, Esq.
Georlen K. Spangler, Esq.
Peter D. Navarro. Esq.
Natalie M. Cox, Esq.
E. Daniel Kidd, Esq.
KOLESAR & LEATHAM, CHTD
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
*Attorneys for Plaintiff*

Patrick J. Sheehan, Esq.
JONES VARGAS
3773 Howard Hughes Parkway, 3rd Floor
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Fax: (702) 737-7705
*Attorneys for Defendant John Knott*

Bruce K. Isaacson (via U.S. Mail)
*Defendant In Pro Per*
5771 Empress Garden Ct.
Las Vegas, NV 89148-5558

KH Capital, LLC (via U.S. Mail)
*Defendant In Pro Per*
c/o Jason Halpern
300 East 42nd Street
16th Floor
New York, New York 10017

_____
An Employee of Fennemore Craig, P.C.

124126

- 3 -